## Dwight FORD, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction; Greg Harmon, Warden, Maximum Security Unit, Arkansas Department of Correction; David Guntharp, Assistant Director, Arkansas Department of Correction; Steve Outlaw, Assistant Warden, Maximum Security Unit, Arkansas Department of Correction; K.L. Wade, CO–II, Mail Room Supervisor, Maximum Security Unit, Arkansas Department of Correction, Appellees.

No. 00–2585.

United States Court of Appeals,
Eighth Circuit.

Submitted April 6, 2001.

Decided April 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Arkansas inmate Dwight Ford appeals the district court's 28 U.S.C. § 1915A dismissal of Ford's civil rights complaint against prison officials. Having carefully reviewed the record, we conclude the district court properly dismissed Ford's complaint. We affirm. *See* 8th Cir. R. 47A(a).

A true copy.